# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MAURICE EUGENE SMITH,<br><br>*Defendant(s)* | Case No. 1:24-MJ-485<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of May 20, 2024 in the city/county of Fairfax in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by: Katherine Rumbaugh, Assistant U.S. Attorney
*Printed name and title*

*Complainant's signature*
Christian T. Roccia, Special Agent
Federal Bureau of Investigation
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 12/09/2024

**Lindsey R Vaala** Digitally signed by Lindsey R Vaala
Date: 2024.12.09 15:47:37 -05'00'
*Judge's signature*

City and state: Alexandria, Virginia
Hon. Lindsey R. Vaala, United States Magistrate Judge
*Printed name and title*