# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☒ **Under Seal**

**Judge Assigned:**

City:

Superseding Indictment:

**Criminal No.**

County: Fairfax

Same Defendant:

New Defendant: XXX

Magistrate Judge Case No. 1:24-MJ-485

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** MAURICE EUGENE SMITH

Alias(es):

☐ Juvenile   FBI No.

**Address:** Atlanta, Georgia

Employment:

**Birth Date:** xx/xx/1980   **SSN:** xxx-xx-5700   **Sex:** Male   Race:   Nationality: American

**Place of Birth:** USA   Height: 6'05"   Weight: 200 lbs   Hair:   Eyes:   Scars/Tattoos:

☐ **Interpreter**   **Language/Dialect:**   Auto Description:

**Location/Status:**

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

**Defense Counsel Information:**

**Name:**   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Katherine Rumbaugh   **Phone:** 703.299.3700   Bar No.

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1343 & 2 | Wire Fraud | 1 | Felony |
| Set 2: | | | | |

**Date:** 12/9/2024   **AUSA Signature:** /s/ Katherine E. Rumbaugh   *may be continued on reverse*